

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| GERMAN CHAVIRA AND ALEJANDRO FABELA, BOTH INDIVIDUALLY AND BOTH D/B/A EL PASO PAVEMENT SPECIALIST AND EL PASO PAVEMENT SPECIALIST, LLC, | § § § | No. 08-12-00169-CV

Appeal from

County Court at Law No. 5 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC # 2011-397) |
| QUARRY HILLS MANAGEMENT, LLC, | § | |
| Appellee. | § § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF DECEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)